UNITED STATES DISTRICT COURT               JS-6
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -- GENERAL

Case No.  **CV21-5970 JFW(PVCx)**                                    Date: March 16, 2022

Title:    Mary O'Riordan vs. Hyundai Motor America

---

**PRESENT:**

   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

   Shannon Reilly                           None Present
   Courtroom Deputy                         Court Reporter


**ATTORNEYS PRESENT FOR PLAINTIFFS:**        **ATTORNEYS PRESENT FOR DEFENDANTS:**
            None                                            None

**PROCEEDINGS (IN CHAMBERS):**     ORDER DISMISSING ACTION

   Based on the Joint Status Report Re Settlement, filed March 14, 2022 (Docket No. 60), this action is **DISMISSED** without prejudice.

   IT IS SO ORDERED.